BEFORE THE FIRST DIVISION, NOVEMBER 24, 1948

**No. 52694.**—Service Manufacturing Co., Inc. v. United States, protest 139867–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of belt buckles similar in all material respects to those the subject of Abstract 51825, the claim at 45 percent under paragraph 397 was sustained.